WORTHINGTON v. LONDON GUARANTEE & ACCIDENT CO.

(Supreme Court, Appellate Term. June 28, 1899.)

JURISDICTION OF MUNICIPAL COURT—ACTION AGAINST FOREIGN CORPORATION.
　　The municipal court of New York City has no jurisdiction of an action for the recovery of money only against a foreign corporation.

Appeal from municipal court, borough of Manhattan, First district.

Action by Amasa Worthington against the London Guarantee & Accident Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Frederick Hulse, for appellant.
Robert L. Morell, for respondent.

PER CURIAM. The defendant being concededly a foreign corporation, the municipal court was without jurisdiction to try the cause, and the judgment must therefore be reversed. Rieser v. Parker, 27 Misc. Rep. 205, 57 N. Y. Supp. 745.

Judgment reversed, with costs to the appellant.